**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **YOURLINK LIMITED**, <br><br> Plaintiff, <br><br> v. <br><br> **ORBIZORB LLC**, <br><br> Defendant. | <br><br><br> Civil Action No. _2:22-CV-1391_ |

## COMPLAINT

Plaintiff Yourlink Limited ("Yourlink"), by and through its undersigned counsel, Hansen Reynolds LLC, for its complaint against Defendant Orbizorb LLC ("Orbizorb") alleges as follows:

### INTRODUCTION

1.      This is an action for injunctive and monetary relief against Orbizorb and Scharrer for breach of contract; for infringement of Yourlink's federally registered DIRTEEZE trademarks in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1); for unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); for trade dress infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and for related claims under the statutory and common laws of the State of Wisconsin.

2.      Yourlink's claims in this case arise from Orbizorb's use of Yourlink's DIRTEEZE trademarks, brand, and distinctive trade dress in commerce in connection with Orbizorb's marketing, advertising, promotion, offer for sale, sale, and distribution in the United States of Orbizorb's "Best Working Wipes" products in direct competition with Yourlink's Dirteeze products.

1

## PARTIES

3. Yourlink is a limited liability company organized and existing under the laws of the United Kingdom. Yourlink has a principal place of business located at Suite B, Wold House, Annie Reed Road, Beverley, East Yorks, HU17 0LF, United Kingdom.

4. Orbizorb is a limited liability company organized and existing under the laws of the State of Wisconsin.

5. On information and belief, Orbizorb has a principal place of business at W165 N11040 Kings Court, Germantown, Wisconsin 53022-4092.

6. On information and belief, Orbizorb was registered as a limited liability company with the Wisconsin Department of Financial Institutions on October 2, 2015, was subsequently listed by the Department as "delinquent" on October 1, 2018, and was reinstated to good standing on November 26, 2018.

7. On information and belief, Orbizorb's registered agent is Roy Scharrer, who is, on information and belief, the managing member of Orbizorb. On information and belief, Scharrer resides at W165 N11040 Kings Court, Germantown, Wisconsin 53022-4092.

8. Yourlink is the manufacturer and distributor of a range of heavy duty wipe products made and sold under the Dirteeze brand name. These Dirteeze products are specifically designed for use in trade and industrial applications.

9. Orbizorb had previously contracted with Yourlink to be the exclusive wholesaler and distributor for Yourlink's Dirteeze products in North America.

2

10.     On information and belief, though, in or around early 2022, Orbizorb began manufacturing and selling its own wipe products under the brand name "Best Working Wipes" in direct competition with the Dirteeze products

## JURISDICTION AND VENUE

11.     This Court has jurisdiction over the subject matter of Yourlink's claims in this case pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b). The Court has supplemental jurisdiction over Yourlink's substantial and related claims under Wisconsin State law under 28 U.S.C. § 1367.

12.     This Court has jurisdiction over the person of Defendant Orbizorb because Orbizorb is organized and existing under the laws of the State of Wisconsin, maintains a principal place of business within that State, has purposefully availed itself of the laws of that State, and has purposefully directed its activities into that State.

13.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b).

## BACKGROUND FACTS

14.     Since 2007, Yourlink has been a leading innovator, designer, manufacturer, and distributor of heavy duty cleaning wipes for use in trade and industrial applications. Yourlink's Dirteeze™ wipes are specifically designed for cleaning oil, grease, paint, ink, sealants, dirt, adhesives and glue, dirt and grime, etc., from tools, machinery and equipment, and skin.

15.     Among the Dirteeze™ wipes products Yourlink has developed, manufactures, and sells a range of wipes products including: (i) heavy duty, dual-sided pre-moistened wipes made from a soft but strong "spunlace" material, including aloe vera and agitation beads for power cleaning without scratching; (ii) heavy duty pre-moistened smooth multi-purpose spunlace wipes

3

also including aloe vera; and (iii) heavy duty pre-moistened smooth bamboo biodegradable sustainable spunlace wipes.

## A.     Yourlink's DIRTEEZE Trademarks

16.    Yourlink's DIRTEEZE Trademarks include Registration No. 4,717,179 ("the '179 Registration"), which is a design for which the application for federal trademark protection was filed on June 26, 2013. This mark consists of a design and stylized word, DIRTEEZE, followed by an icon consisting of eight triangles overlapping one another to form a rough circle, as depicted below:



17.    The '179 Registration has been registered on the Principal Register at the U.S. Patent and Trademark Office ("USPTO") since April 7, 2015, for use in connection with "wipes impregnated with a cleaning preparation."

18.    A true and correct copy of the USPTO Certificate of Registration for the '179 Registration is attached hereto as **Exhibit A**.

19.    Yourlink's DIRTEEZE Trademarks also include Registration No. 6,011,663 ("the '663 Registration"). Yourlink filed its application for the '663 Registration on April 24, 2019. This mark consists of a design and the stylized word, DIRTEEZE, followed by an icon consisting of eight triangles overlapping one another to form a rough circle, as depicted below:



4

20.     The '663 Registration has been registered on the Principal Register at the USPTO since March 17, 2020, for use in commerce in connection with "non-woven disposable textile wipes not impregnated with chemicals or compounds."

21.     A true and correct copy of the USPTO Certificate of Registration for the '663 Registration is attached hereto as **Exhibit B**.

## B.     The Yourlink-Orbizorb Trading Agreement

22.     On or about November 8, 2017, Yourlink entered into discussions with Roy Scharrer, who is presently, on information and belief, Orbizorb's managing member. At that time, Scharrer was Director of Business Development at Complete Environmental Products, Inc. ("CEP"). The purpose of these discussions was to explore the possibility of CEP becoming a master wholesaler for Dirteeze products for the U.S. market. Yourlink's discussions with Scharrer and CEP continued for approximately 7 months without any commitment from CEP. did not commit.

23.     In or around May 2018, Yourlink's founder and managing director, Rob Davies, visited Scharrer in May 2018 at the National Hardware Show Las Vegas, to demonstrate the Dirteeze™ products, leave samples, and highlight opportunities for Dirteeze™ in the U.S. market.

24.     On or about June 1, 2018, Scharrer contacted Davies via email to inform Yourlink that CEP was struggling financially and was not able to move forward with discussions to become the master wholesaler for Dirteeze™ products in the U.S. Scharrer further advised that he expected his employment by CEP would be terminated shortly.

25.     On or about June 4, 2018, Scharrer contacted Davies by email again asking to discuss whether Scharrer's own business, Orbizorb, could be a master wholesaler for Dirteeze™

products, and, if so, to discuss the terms of an operating agreement and initial order for Dirteeze™ products.

26.     On or about June 5, 2018, Scharrer emailed Davies a list of requirements for a letter of intent "agreement" for Orbizorb to proceed forward as Yourlink's master wholesaler responsible for all new accounts for Dirteeze™ products in North America, including requirements that Yourlink would support him with funding for Orbizorb's initial product order, as well as helping drive business forward for Yourlink's Dirteeze™ products in the North America market.

27.     On or about June 12, 2018, Yourlink and Orbizorb entered into the "Trading AGREEMENT 12th June 2018 Between Yourlink Ltd. and Orbizorb LLC" ("Trading Agreement"), a true and correct copy of which is attached hereto as **Exhibit C**.

28.     Pursuant to the Trading Agreement, Yourlink appointed Orbizorb as its "master wholesaler" for "Yourlink's trademarked Dirteeze™ branded trade range of wipes, stocking products and distributing in the region of North America." (*See* **Exhibit C**, Article 1 at 1; Schedule 1 at 5.)

29.     On information and belief, the parties understood and intended that, under the Trading Agreement, Orbizorb would be the exclusive wholesaler and distributor for the Dirteeze™ products in North America. As such, Yourlink would not appoint, supply, or permit other sellers and/or distributors of the Dirteeze products in the North America market, and Orbizorb would not sell or distribute other products in competition with the Dirteeze products.

30.     In furtherance of this understanding and agreement, the Trading Agreement expressly stated that "Orbizorb will be responsible for all new accounts in North America for the Dirteeze product lines that it stocks and will work collaboratively with Yourlink to actively capture

6

that business." (*See id.*, Article 2a(1) at 1.) In addition, Orbizorb further agreed that it "[s]hall use its best efforts to develop business in, to promote the sale of, and to sell the products covered by this agreement," i.e., the trademarked Dirteeze™ branded trade range of wipes products. (*See id.*, Article 2a(4) at 1.)

31.     The Trading Agreement further set forth the specific terms under which Orbizorb would order and purchase the covered Dirteeze™ products from Yourlink, as well as the terms for Yourlink to deliver those products. (*See id.*, Articles 4-8 at 2-3; Schedule 1 at 5.) These terms included pricing to Orbizorb for Dirteeze™ products that was significantly discounted below Yourlink's standard pricing to customers and distributors, as well as extended payment terms that Yourlink did not make available to any other of its customers or distributors.

32.     The Trading Agreement specified that it remained in effect for a period of two years after its effective date—i.e., from June 12, 2018, through and including June 11, 2020—but that it would be extended automatically thereafter for additional one-year terms unless either of the parties provided written notice to the other at least thirty days before the upcoming expiration date. (*See id.*, Article 10 at 3.) Neither party ever served such a notice of termination in accordance with the requirements under Article 10 of the Trading Agreement

33.     As recently as December 3, 2021, Orbizorb ordered a shipment of Dirteeze™ products in accordance with the terms of the Trading Agreement. Pursuant to the terms of that Agreement, this order was received by Orbizorb on or about May 3, 2022, and Orbizorb remitted payment to Yourlink for it on or about June 2, 2022.

34.     Thereafter, on or about February 25, 2022, Orbizorb placed another order for Dirteeze™ products pursuant to the terms of the Trading Agreement. However, Orbizorb subsequently cancelled this order on May 20, 2022, citing "cash flow problems" as the reason for

7

cancellation. By that date, though, the Dirteeze™ products ordered three months before had already been produced—including Orbizorb's name and address on the packaging—but had not yet shipped from Yourlink's manufacturer. Under these circumstances, Yourlink generally would not accept such a cancellation from an ordinary customer, and it was not obligated to do so under the terms of the parties' Trading Agreement. However, in light of the parties' relationship and Orbizorb's status as Yourlink's exclusive master wholesaler for Dirteeze™ products in North America, and in the interest of further supporting Orbizorb, Yourlink agreed to accept the cancellation.

## C.    Yourlink's Business Relationship with Orbizorb

35.    In support of the Trading Agreement and to assist Orbizorb and Scharrer with marketing to develop and grow the Dirteeze™ business in North America, Yourlink provided Scharrer with training and education.

36.    In addition, at Orbizorb's suggestion, Yourlink purchased a domain for Dirteeze North America business, "dirteezeus.com," and, working with its IT contractor, Yourlink established and hosted a "dirteezeus.com" website on Yourlink's server. Yourlink also set up a "dirteezeus.com" email address for Scharrer on Yourlink's server. At all times throughout the parties' relationship, Yourlink owned and paid for the "dirteezeus.com" domain, website, and email account, and had final control and authority as to the content posted.

37.    Yourlink further supported Orbizorb's efforts to develop the North America market for Dirteeze™ products by sending Davies, Yourlink's founder and managing director, to the United States to attend and participate in the United Hardware Spring Buying Market on January 11 through 13, 2019, to support Scharrer and Orbizorb, to help to promote and advance sales by Orbizorb of the Dirteeze™ products. Davies made presentations over the duration of the tradeshow

8

and, in addition to covering the significant costs for Davies' travel from the UK to the United States and within the United States, Yourlink also contributed 50 percent of the $2,800 cost to Orbizorb for participating in the United Hardware Spring Buying Market in 2019.

38.     In addition, Yourlink also provided Orbizorb with contact information for North America-based customers who had previously purchased Dirteeze™ products directly from Yourlink.

**D.     Yourlink's Proposed Sale of its Dirteeze™ Business**

39.     In or around the summer of 2020, Yourlink's founder and managing director, Rob Davies, discussed with Scharrer the possibility that Yourlink might sell its business in the event that it was approached to do so. At that time, Scharrer requested that, before selling Yourlink, Davies notify Scharrer and give him a first opportunity to purchase the business. Davies agreed to do so.

40.     Thereafter, on or about October 1, 2020, Scharrer introduced Davies to Zachary Savas and Michael Vos of Cranbrook Partners & Co. ("Cranbrook") as a party who might be interested in purchasing Yourlink with Scharrer.

41.     On or about October 14, 2020, Yourlink and Cranbrook entered into a Mutual Non-Disclosure Agreement ("Cranbrook NDA"). A true and correct copy of the Cranbrook NDA is attached hereto as **Exhibit D**. Pursuant to the Cranbrook NDA, Cranbrook and Yourlink would share confidential information in order to evaluate the possible acquisition of Yourlink by Cranbrook and Scharrer. The purpose of the Cranbrook NDA, then, was to ensure that the parties' confidential information would not be shared with or used by Orbizorb or any other third party.

9

42.     On information and belief, Michael Vos performed the evaluation and analysis of the possible acquisition for Cranbrook and Orbizorb.

43.     Cranbrook ultimately decided not to move forward with the proposed acquisition of Yourlink, but Scharrer continued to explore this opportunity. On information and belief, in an effort to acquire Yourlink, Scharrer sought other partners, and tried to arrange for financing in the form of bank loans and loans from private individuals—i.e., Scharrer's family and friends. The parties also considered other arrangement, including for example, Scharrer and Orbizorb acquiring only Davies' 50 percent interest in Yourlink.

44.     On or about February 15, 2022, Scharrer contacted Davies via email to inform him that Scharrer had exhausted all possible avenues for acquiring Yourlink, either in total or only Davies; 50 percent interest. Instead, Scharrer stated that he would continue to focus on selling and distributing the Dirteeze™ products. However, Scharrer also asked that, as a means of protecting his investment in Orbizorb and his interest in the Dirteeze™ business in the event that Davies eventually sold Yourlink, the parties should pursue a new "supply agreement, like the one I currently have with you for the North America [*sic*]"—i.e., like the Trading Agreement.

45.     To date, Davies has not sold Yourlink or his interest in Yourlink. After Scharrer declined to pursue the acquisition, Davies listed the company with a UK broker on February 22, 2022. In response to Scharrer's inquiry regarding a new "supply agreement," Davies responded that, in light of the Trading Agreement, that was unnecessary and would be better addressed with the purchaser of Yourlink in the event of a sale of the company. Davies committed, though, that he would advocate on behalf of Scharrer and Orbizorb with a purchaser of the company to ensure that Orbizorb would continue as the exclusive wholesaler and distributor for Dirteeze™ products for North America.

10

46.     On information and belief, Vos subsequently left Cranbrook and in or around March 2021 began working as a managing director at Bosun Partners. However, Vos was—and remains—bound by the terms of the Cranbrook NDA.

47.     On information and belief, despite departing Cranbrook for Bosun Partners, Vos continues to work in some currently unknown capacity with Scharrer and Orbizorb.

**E.     Orbizorb's Sale of Best Working Wipes Products**

48.     On information and belief, at the 2022 Mid-States Fall Rendezvous on August 19 through 21, 2022, in Phoenix, Arizona, Orbizorb launched its Best Working Wipes in the Dirteeze™ booth, where is displayed those products on Dirteeze™ stands which included the DIRTEEZE trademarks and logo. The Mid-States Rendezvous tradeshows are held twice each year and are sponsored by Mid-States Distributing, LLC.

49.     On information and belief, leading up to the August 2022 Mid-States tradeshow, Scharrer presented the Best Working Wipes to Mid-States Distributing, who had previously purchased Dirteeze™ products. The customer was confused about the relationship between Best Working Wipes and Dirteeze™, and Scharrer presented Best Working Wipes as the new line of products replacing Dirteeze™.

50.     On information and belief, during the August 2022 Mid-States tradeshow Scharrer continued to describe these Best Working Wipes products as the new line of products replacing Dirteeze™.

51.     In or around August 24, 2022, Yourlink learned for the first time that Orbizorb was promoting Best Working Wipes in direct competition with the Dirteeze™ products that Orbizorb had contracted under the Trading Agreement to sell exclusively in the North America market.

11

52. Yourlink first learned of Orbizorb's Best Working Wipes when two Yourlink directors saw social media posts for the Best Working Wipes products. Because the packaging for the Best Working Wipes was so confusingly similar to the packaging for the specific Dirteeze™ products with which they competed, the Yourlink directors were misled into believing that the Best Working Wipes products were simply a new variation of the Dirteeze™ products and each of those directors "liked" Orbizorb's social media posting of the Best Working Wipes products.

53. The third-party contractor that Yourlink has always engaged to propose and prepare artwork for the Dirteeze products and advertising materials was similarly confused by the Orbizorb social media posting of the Best Working Wipes products. Upon seeing that social media posting, the contractor contacted Davies to inquire about the artwork for what the contractor believed to be Dirteeze™ products.

54. After Yourlink properly terminated the Trading Agreement upon learning of Orbizorb's breach, Yourlink shut down its "dirteezeus.com" website that was hosted on Yourlink's server and maintained by Yourlink's IT contractor in order to prevent Orbizorb's continued access and use of that website to advertise itself as the exclusive master wholesaler of Dirteeze products for North America. Yourlink noticed at this time that Orbizorb had added "Best Working Wipes" logos to the "dirteezeus.com" website without Yourlink's prior knowledge and approval.

55. Shortly after Yourlink took down the "dirteezeus.com" website, Orbizorb launched its "workingwipes.com" website. On information and belief, Orbizorb had been working on developing this new site as evidenced by the fact that Orbizorb had copied and moved content from the "dirteezeus.com" website to the "new" "workingwipes.com" website.

56. However, Orbizorb continued to display Dirteeze™ content—including the DIRTEEZE Trademarks—on its new "workingwipes.com" site. For example, on the "About Us" page of the "workingwipes.com" website, Orbizorb included the following image:



57. This image clearly displays the DIRTEEZE Trademark and is accompanied by a description stating that, "[i]n 2021, Dirteeze (our former brand) became the primary sponsor for Thad Moffit's No. 46 Ford Fusion design." (*See* https://workingwipes.com/about-us/ previously accessed October 25, 2022.)

58. After being notified by Yourlink of this infringement of the DIRTEEZE Trademarks, Orbizorb subsequently modified this image on its website to obscure that mark



(*See* https://workingwipes.com/about-us last accessed November 22, 2022.)

59. However, Orbizorb continues to display videos and images of the DIRTEEZE Trademarks, brand, and logos on and related to this vehicle on its YouTube social media channel (https://www.youtube.com/@bestworkingwipes1120 last accessed November 22, 2022). (*See, e.g.*, "Thad Moffitt Racing for Dirteeze" (https://www.youtube.com/watch?v=sjGX55eAGOg last accessed November 22, 2022); "Dirteeze Tug of War (feat. Richard Petty & Thad Moffitt)"

(https://www.youtube.com/watch?v=PS2uXLOPUbw last accessed November 22, 2022); "Dirteeze and Thad Moffitt" (https://www.youtube.com/watch?v=D-mpMSKFERo last accessed November 22, 2022; "Dirteeze Non Smear Ability w/ Thad Moffitt" (https://www.youtube.com/watch?v=xG-KWXhmGvw last accessed November 22, 2022); "Thad Moffitt for Dirteeze-US" (https://www.youtube.com/watch?v=PO2WdDLPCV8 last accessed November 22, 2022).) Orbizorb also displays several other videos demonstrating various applications for us of Dirteeze™ products on its YouTube social media channel. (*See, e.g.*, https://www.youtube.com/@bestworkingwipes1120 last accessed November 22, 2022.)

60.  In addition, Orbizorb includes on its "workingwipes.com" website a page devoted to supposed customer reviews, which include the following:

- "This year at AAPEX, I spent some time with the crew from Best Working Wipes – The 'Wipes with a Difference' guys. I watched the demonstration, asked some questions, and that turned into a conversation with the representative. All of their wipes contain aloe vera, and are all mostly biodegradables, unlike the competitor's polypropylene wipes."

- "Every shop needs a solution for cleaning up dirt, grime, grease, dust, lubricants, oils, and paint. Finally, a challenger Best Working Wipes-US!"

- "I'm a painting Contractor [*sic*] and I always have dried paint on my hands that is difficult to remove but with these Best Working Wipes Rough and Smooth wipes it comes right off! Awesome! Awesome!"

- "These Best Working Wipes are so much better than other wipes I have used. Strong and smell good!"

- "I do a lot of contract carpentry work, painting, caulking and keep a tub of Best Working Wipes with me. Works great on paint and caulk clean up. The wipes don't tear like others and are more absorbent."

- "I own a truck crane business and there is always oil that needs wiping up. I have been using these for a while. They are great for wiping oil spills while working with my equipment. Very reusable and long lasting. They do not tear. I have never found a wipe comparable to these. I wish I could buy them in a store near me."

(*See* https://workingwipes.com/reviews/ last accessed November 22, 2022.)

14

61.     On information and belief, all of the supposed reviews for Best Working Wipes that Orbizorb attributes to customers of Best Working Wipes and includes on its "workingwipes.com" website were copied, verbatim, from reviews previously posted on the "dirteezeus.com" website for Dirteeze™ products, except that, in reviews in which a customer has referred specifically to Dirteeze™, Orbizorb replaced those references with "Best Working Wipes." For example, on June 20, 2020, the following customer reviews for Dirteeze products were posted on the "dirteezeus.com" website:

- "This year at AAPEX, I spent some time with the crew from Dirteeze – The 'Wipes with a Difference' guys. I watched the demonstration, asked some questions, and that turned into a conversation with the representative. All of their wipes contain aloe vera, and are all mostly biodegradable, unlike the competitor's polypropylene wipes."

- "Every shop needs a solution for cleaning up dirt, grease, dust, lubricants, oils and paint. Finally, a challenger appears . . . Dirteeze-US!"

- "I'm a painting Contractor [*sic*] and I always have dried paint on my hands that is difficult to remove but with these Dirteeze Rough and Smooth wipes it comes right off! Awesome! Awesome!"

- "These Dirteeze wipes are so much better than other wipes I have used. Strong and smell good!"

- "I do a lot of contract carpentry work, painting, caulking and keep a tub of Dirteeze with me. Works great on paint and caulk clean up. The wipes don't tear like others and are more absorbent."

- "I own a truck crane business and there is always oil that needs wiping up. I have been using these for a while. They are great for wiping oil spills while working with my equipment. Very reusable and long lasting. They do not tear. I have never found a wipe comparable to these. I wish I could buy them in a store near me."

(*See* https://web.archive.org/web/20200617055132/http://www.dirteezeus.com/reviews/ last accessed November 22, 2022.)

62.     In addition, in connection with advertising and promoting its Best Working Wipes products, Orbizorb has adopted and used a mark that had long been used by Yourlink in connection with its Dirteeze™ products such that consumers are likely to be confused or deceived as to the origin or source of the Best Working Wipes products, including whether those products are manufactured, sold, or distributed by Yourlink, or whether those products are otherwise affiliated, connected, or associated with Yourlink and/or Dirteeze™, or whether the Best Working Wipes products have Yourlink's sponsorship, endorsement, or approval.

63.     Specifically, Orbizorb has adopted and used in connection with its advertisement of Best Working Wipes the "TOUGH.ABSORBENT.UNIQUE." mark in connection with its advertisement and promotion of the Best Working Wipes products. For example, in an 8-page brochure published by Orbizorb and disseminated on its "workingwipes.com" Internet website, Orbizorb displays this mark, as reproduced below, is displayed on each page of the brochure, a true and correct copy of which is attached hereto as **Exhibit E**.



(*See* https://workingwipes.com/wp-content/uploads/2022/09/Working-Wipes-Brochure.pdf, last accessed November 22, 2022. *See also* **Exhibit E**.)

64.     Furthermore, on September 20, 2022, Orbizorb filed Application Serial No. 97598014 for a mark consisting of "standard characters, without claim to any particular font style, size, or color," where those standard characters are "TOUGH.ABSORBENT.UNIQUE." and are used in connection with "[p]re-moistened towelettes for cleaning." A true and correct copy of Orbizorb's pending trademark application is attached hereto as **Exhibit F**.

65.     In support of this application, Orbizorb submitted the following drawing as its alleged mark:

# TOUGH. ABSORBENT. UNIQUE.

66.     In addition, in support of this application, Orbizorb represented to the USPTO that this mark was first use anywhere and first used in commerce "[a]t least as early as 08/01/2022." (*See* **Exhibit F**.)

67.     Contrary to Orbizorb's misrepresentation to the USPTO about its supposed rights in this mark and about the first use of the mark anywhere and in commerce, though, this exact mark—"TOUGH.ABSORBENT.UNIQUE"—was previously and continuously used in commerce by Yourlink in connection with its Dirteeze™ products. That mark, as it appeared at least as early as June 13, 2010, on the "dirteeze.com" website—more than a dozen years before Orbizorb's supposed first use of the mark in commerce—is reproduced below:



(*See* https://web.archive.org/web/20100613164528/http://www.dirteeze.com/about_dirteeze.html last accessed November 22, 2022.)

68.     Furthermore, on information and belief, Orbizorb was well aware that the mark, "TOUGH.ABSORBENT.UNIQUE," had previously been used in commerce by Yourlink in connection with the Dirteeze™ products because that identical mark also appeared on the "dirteezeus.com" website at least as early as April 17, 2020, which was well before Orbizorb began selling the Best Working Wipes products, and well before Orbizorb's supposed first use of that

mark in commerce in connection with the Best Working Wipes products. (*See* https://web.archive.org/web/20200417073152/http://www.dirteezeus.com/, last accessed on November 22, 2022.)

69.     On information and belief, despite its knowledge of Yourlink's earlier and continuing use of the "TOUGH.ABSORBENT.UNIQUE" mark in commerce in connection with the Dirteeze™ products, and thus, Yourlink's superior rights in that mark, Orbizorb nonetheless filed its application at the USPTO for federal trademark registration of the "TOUGH.ABSORBENT.UNIQUE" mark for use in connection with wipes products.

70.     On information and belief, Orbizorb's use of the "TOUGH.ABSORBENT.UNIQUE" mark in connection with the Best Working Wipes products is calculated to cause confusion, deception, or mistake among consumers as to the source of those products and/or to create the false impression among consumers that Orbizorb's Best Working Wipes products are manufactured, sold, or distributed by Yourlink, or are otherwise affiliated, connected, or associated with Yourlink, or have Yourlink's sponsorship, endorsement, or approval.

## F.     Yourlink's Distinctive Trade Dress

71.     Yourlink has incorporated certain distinctive design elements into the packaging and labeling of its Dirteeze™ products. Among other things, Yourlink has adopted a distinctive color scheme for its Dirteeze™ range wipe products. As shown below, Yourlink packages its high strength, pre-moistened, dual sided spunlace wipes with agitation beads in purple, its heavy duty smooth pre-moistened spunlace wipes in orange, and its heavy duty biodegradable sustainable bamboo wipes in green.

18

  

..

72. Yourlink's labels for these Dirteeze™ products also includes a band of chevrons along the top and bottom of the label for each product in this range.

73. Yourlink's labels for each of these Dirteeze™ products also includes icons representing the various recommended applications for use of each product. These icons depict: (i) a wrench, representing tools; (ii) sealants; (iii) an oil dispenser, representing oil; (iv) glue; (v) a paint brush, representing paints; and (vi) a hand.

74. In addition, at various times beginning at least as early as 2013 and continuing through the present, Yourlink has made, sold, and distributed sample packages of its Dirteeze™ wipes. In addition to incorporating the DIRTEEZE trademarks, the artwork for these sample packs includes a fist clutching a wipe that is at least confusingly similar to the artwork that Orbizorb subsequently adopted for its Best Working Wipes products. This design was shared with Scharrer on or about November 15, 2017, via email, together with product training notes. An example of Yourlink's long-standing use of this design is shown below:



75.     These design elements are inherently distinctive and associated specifically with Yourlink's Dirteeze™ products. None of these design elements is functional.

76.     These distinctive design elements—the "look and feel" of the Dirteeze™ products—has come to be associated by consumers and prospective customers in the North America market for heavy duty trade wipes with Yourlink's Dirteeze™ products.

77.     Orbizorb's packaging, product PowerPoint presentation, product brochure, and website, for its Best Working Wipe products incorporate these design elements associated with Yourlink's Dirteeze™ products. Specifically, Orbizorb has adopted the purple, orange, and green color scheme for its Best Working Wipe. Orbizorb uses purple for its heavy duty dual-sided wipes with agitation beads, orange for its heavy duty smooth spunlace wipes, and green for its biodegradable plant-based wipes. This is the identical color scheme long utilized by Yourlink for its Dirteeze™ products.



78.     In addition, copying the "look and feel" of Yourlink's Dirteeze™ labeling, Orbizorb has incorporated a band of chevrons at the top of the labels for each of those Best Working Wipes products.

79.     Orbizorb has also incorporated on its Best Working Wipes labels icons nearly identical—and at least confusingly similar—to those included on Yourlink's Dirteeze™ products labels to reflect the applications for use of each. These icons include: (i) a wrench, representing tools; (ii) sealants; (iii) an oil dispenser, representing oil; (iv) glue; (v) a paint brush, representing paints; and (vi) a hand.

80.     In addition, Orbizorb includes a slight variation of these icons on its marketing brochure for the Best Working Wipes products. These icons as they appear in Orbizorb's brochure are reproduced below. (*See* **Exhibit E** at 3, 5, 6.)



81.    This version of the icons displayed on Orbizorb's marketing brochure for its Best Working Wipes products are identical to Yourlink's Dirteeze™ icons, an example of which, displayed on Yourlink's website, is reproduced below:



(*See* https://www.dirteeze.com/products/smooth-strong-wipes/ last accessed November 22, 2022.)

82.    Orbizorb has also incorporated into its product labels a fist clutching a wipe that is nearly identical, and at least confusingly similar, to that image employed by Yourlink for its Dirteeze™ product sample packaging.



(*See, e.g.,* **Exhibit E** at 1.)

83.     Yourlink's marketing brochure for its Dirteeze™ products include artwork commissioned and paid for by Yourlink to highlight the fact that some of its Dirteeze™ products are made without polypropylene plastics from "spunlace," which Yourlink describes as a strong, soft material using primarily viscose fibers so that, as a result, its spunlace Dirteeze™ products are largely biodegradable. A true and correct copy of Yourlink's marketing brochure including, among other things, its "spunlace" artwork, is attached hereto as **Exhibit G**. Yourlink's "spunlace" artwork from its Dirteeze™ marketing brochure is reproduced below:



(*See, e.g.,* **Exhibit G** at 2.)

84.     Orbizorb has incorporated the identical "spunlace" artwork from Yourlink's marketing brochure for the Dirteeze™ products into Orbizorb's own marketing brochure. That artwork as it appears in Orbizorb's Best Working Wipes marketing brochure is reproduced below.



(*See* **Exhibit E** at 4.)

85.     In addition, on information and belief, Orbizorb has incorporated text for its products descriptions in its marketing brochure that it copied directly from Yourlink's Dirteeze™ marketing brochure. (*Compare, e.g.*, **Exhibit E** (Best Working Wipes brochure) at 5 with **Exhibit G** (Dirteeze™ brochure) at 5.)

86.     On information and belief, Orbizorb incorporated these distinctive Yourlink Dirteeze™ design elements into its packaging for the Best Working Wipes products to cause confusion or deception among consumers, to trade on Yourlink's reputation and goodwill, and to mislead consumers as to the source or origin of the Best Working Wipes products

**COUNT I**
**Federal Trademark Infringement in Violation of 15 U.S.C. § 1114(1)**

87.     Plaintiff repeats and realleges Paragraphs 1 through 86, above, as if fully set forth herein.

88.     Orbizorb's unauthorized use in commerce of the DIRTEEZE trademarks, name, and brand is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of

24

Orbizorb's products, and in particular, is likely to cause consumers to believe incorrectly and erroneously that Orbizorb's products are manufactured, sold, authorized, endorsed, or sponsored by Yourlink, or that Orbizorb is in some way affiliated with or sponsored by Yourlink.

89.     As alleged herein, Orbizorb's conduct constitutes infringement of Yourlink's federally registered DIRTEEZE trademarks in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

90.     On information and belief, Orbizorb has committed these acts of infringement with full knowledge of Yourlink's rights in the DIRTEEZE trademarks.

91.     On information and belief, Orbizorb undertook these actions with the willful intent to cause confusion and to trade on Yourlink's reputation and goodwill.

92.     Orbizorb's conduct as alleged herein has caused and is continuing to cause immediate and irreparable harm to Yourlink and to its reputation and goodwill. This conduct will continue to cause such damage to Yourlink and to confuse and/or deceive the consuming public unless and until this Court enjoins Orbizorb from continuing its infringing conduct.

93.     Yourlink has no adequate remedy at law.

94.     Pursuant to Sections 32, 34, and 35 of the Lanham Act, 15 U.S.C. §§ 1114, 1116, and 1117, Yourlink is entitled to, among other remedies, injunctive relief and an award of its actual damages, Orbizorb's profits, enhanced damages and profits, Yourlink's reasonable attorneys' fees, and Yourlink's costs incurred in this action, in addition to pre-judgment and post-judgment interest.

95.     In addition, pursuant to Section 36 of the Lanham Act, 15 U.S.C. § 1118, Yourlink is entitled to, among other relief, an order requiring that Orbizorb destroy any and all promotional

and marketing materials that incorporate the DITREEZE trademarks, including but not limited to labels, signs, prints, packages, wrappers, receptacle, and advertising in Orbizorb's possession.

## COUNT II
### Trademark Infringement, Trade Dress Infringement, and Unfair Competition in Violation of 15 U.S.C. § 1125(a)

96. Plaintiff repeats and realleges Paragraphs 1 through 95, above, as if fully set forth herein.

97. As a result of the unique nature and high quality of the Dirteeze™ products and Yourlink's and Orbizorb's use and promotion of the DIRTEEZE trademarks and trade dress, those trademarks and trade dress have acquired secondary meaning to consumers and potential customers in the market for such products in North America in that those consumers and potential customers have come to associate the DIRTEEZE trademarks and trade dress with Yourlink and the Dirteeze™ products.

98. Orbizorb has infringed Yourlink's DIRTEEZE trademarks and trade dress by using in commerce, without Yourlink's permission or authorization, the DIRTEEZE trademarks and confusingly similar design elements in connection with its advertising, promotion, marketing, sale, and distribution of the Best Working Wipes products.

99. Furthermore, Orbizorb's unauthorized use of Yourlink's DIRTEEZE trademarks, name, and brand, as well its unauthorized use of Yourlink's DIRTEEZE trademarks and distinctive trade dress—including but not limited to the "look and feel" of Yourlink's Dirteeze™ products, has caused actual confusion among consumers and is likely to continue to cause such confusion, deception, and/or mistake among consumers by creating the false and misleading impression that Orbizorb's Best Working Wipes products are manufactured, sold, and/or distributed by Yourlink,

or are otherwise affiliated, connected, or associated with Yourlink, or have Yourlink's sponsorship, endorsement, or approval.

100. As alleged herein, Orbizorb's unauthorized use in commerce of Yourlink's DIRTEEZE trademarks, name, brand, and distinctive design elements and trade dress constitute false designations of origin and false or misleading descriptions and false representations of fact in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

101. Orbizorb has thus infringed Yourlink's DIRTEEZE trademarks and Yourlink's trade dress and has created a false designation of origin by using in commerce, without Yourlink's permission or authorization, the DIRTEEZE trademarks and confusingly similar design elements to those used in commerce by Yourlink in connection with the marketing and sale of its Dirteeze™ products.

102. Orbizorb's unauthorized use of the DIRTEEZE trademarks and its unauthorized use of design elements confusingly similar to Yourlink's trade dress in connection with its goods constitutes a false designation of origin, a false or misleading representation of fact, and has caused and likely continues to cause confusion, mistake, and/or deception as to the affiliation, connections, and/or association or Orbizorb's Best Working Wipes products with Yourlink, as well as the origin, sponsorship, and/or approval of Orbizorb's "Best Working Wipes" products by Yourlink.

103. Such acts of Orbizorb constitute trademark infringement, trade dress infringement, false designation of origin, and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

27

104.     Orbizorb's acts constitute willful and intentional infringement of Yourlink's trademarks and trade dress, and Orbizorb and Scharrer undertook these acts with the intent to trade on Yourlink's reputation and good will in the market by causing confusion and mistake among customers and prospective customers, and to mislead or deceive such customers and prospective customers into believing that Orbizorb's "Best Working Wipes" products are associate with, sponsored by, approved by, and/or originating from Yourlink, when they are not.

105.     By virtue of its appointment as master wholesaler for Yourlink for its Dirteeze™ products under the Trading Agreement, Orbizorb had actual knowledge of Yourlink's ownership and prior use of the DIRTEEZE trademarks and its trade dress. Orbizorb's use of Yourlink's trademarks and trade dress with Yourlink's consent was and is a willful violation of 15 U.S.C. § 1125(a).

106.     Orbizorb has acted in bad faith and/or willfully in using Yourlink's DIRTEEZE trademarks and design elements confusingly similar to Yourlink's trade dress.

107.     Orbizorb's infringing acts and conduct in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) have caused and will continue to cause Yourlink to suffer immediate and irreparable injury to its reputation and goodwill. This conduct will continue to cause such irreparable damage to Yourlink and will continue to confuse, deceive, and/or mislead consumers unless and until this Court enjoins Orbizorb from continuing its infringing conduct.

108.     Yourlink does not have an adequate remedy at law to compensate it fully for this harm and is therefore entitled to injunctive relief.

109.     Pursuant to Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116 and 1117, Yourlink is entitled to, among other remedies, injunctive relief and an award of its actual damages,

Orbizorb's profits, enhanced damages and profits, Yourlink's reasonable attorneys' fees, Yourlink's costs incurred in this action, and pre-judgment and post-judgment interest.

## COUNT III
### Deceptive Trade Practices in Violation of Wis. Stat. § 100.18(1)

110.    Plaintiff repeats and realleges Paragraphs 1 through 109, above, as if fully set forth herein.

111.    Orbizorb made representations to customers and prospective customers of Yourlink's Dirteeze™ products with the intention of making sales of Best Working Wipes products and to divert sales from Dirteeze™. On information and belief, these representations included statements that Dirteeze™ products were not available at the time of the statement, that the Dirteeze™ products were on "back order" and that Orbizorb was not aware as to when those products would become available, that Dirteeze™ products were being discontinued, and that Best Working Wipes were the "next generation" and/or were otherwise replacing Dirteeze™ products in the market.

112.    In addition to such overt statements, Orbizorb suggested to actual and prospective Dirteeze™ customers that Best Working Wipes were affiliated, associated, or otherwise connected with Yourlink and Dirteeze™ and/or that Best Working Wipes were manufactured, distributed, sold, sponsored, approved, or authorized by Yourlink by displaying Best Working Wipes on Dirteeze™ stands and in Dirteeze™ booths at trade shows, as well as by communicating with customers and prospective customers using a "dirteezeus.com" email address and signature block and by including Best Working Wipes logos and advertising and promotional material on the "dirteezeus.com" website. Orbizorb continues to suggest to customers and prospective customers a relationship between Best Working Wipes and Yourlink and Dirteeze™ by including and

29

incorporating Yourlink's DIRTEEZE trademarks and trade dress on its current "workingwipes.com" website, and by having copied content to that website from the "dirteezeus.com" website.

113.    Orbizorb's affirmative express and implied representations about Yourlink's Dirteeze™ products and about the relationship between Best Working Wipes and Yourlink were and are untrue, deceptive, and/or misleading, and, on information and belief, these misrepresentations induce customers to purchase Best Working Wipes products from Orbizorb.

114.    As a result of Orbizorb's deceptive trade practices—i.e., its untrue, deceptive, and/or misleading representations—Yourlink has suffered actual pecuniary loss in the form of lost sales and damage to its and its Dirteeze™ products' reputations in the North American market.

**COUNT IV**
**Breach of Contract**

115.    Plaintiff repeats and realleges Paragraphs 1 through 86, above, as if fully set forth herein.

116.    The parties entered into a valid and enforceable contract—the Trading Agreement (**Exhibit C**) on or about June 12, 2018, which remained in force until it was terminated by Yourlink on or about August 26, 2022, after Yourlink learned of Orbizorb's duplicitous conduct by which it breached the Trading Agreement.

117.    Orbizorb breached the Trading Agreement by marketing, promoting, and selling its Best Working Wipes products in place of the Dirteeze™ products for which it contracted under the Trading Agreement to be Yourlink's exclusive master wholesaler in North America, and which it specifically contracted to "use its best efforts to develop business in, to promote the sale of, and to sell." (**Exhibit C**, Article 2a(4) at 1.)

118.     On information and belief, among other conduct by which Orbizorb breached the Trading Agreement, it actively worked to convert customers of Dirteeze™ products to Best Working Wipes products and diverted sales of Dirteeze™ products to Best Working Wipes. In so doing, Orbizorb misrepresented the on-going availability of the Dirteeze™ products and the relationship between Dirteeze™ and Best Working Wipes, informing then-current and prospective customers for Dirteeze™ products that they were back ordered and not currently available and/or that they were being discontinued and/or that the Best Working Wipes products were the "next generation" products replacing Dirteeze™.

119.     As a result of Orbizorb's breaches of the Trading Agreement, Yourlink has suffered and will continue to suffer damage to its reputation and goodwill in at least the North American market, as well as lost sales resulting in significant and continuing monetary damages in an amount to be determined at trial that Yourlink reasonably believes to be greater than $75,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Yourlink Limited respectfully requests judgment be entered in its favor and against Defendant Orbizorb LLC, and prays for relief as follows:

A.     That judgment be entered for Yourlink and against Orbizorb on each of Yourlink's claims that Orbizorb has violated Sections 32 and 43 of the Lanham Act, 15 U.S.C. § 1114 and 1125, and Wis. Stat. § 100.18, and has breached its contract with Yourlink;

B.     Granting injunctive relief immediately and permanently enjoining Orbizorb, its members, officers, directors, employees, agents, attorneys, successors, assigns, affiliates, parents, and subsidiaries, as well as any and all others in active concert

and/or participation with any of the foregoing persons who receive actual notice of the Court's order from:

(1) manufacturing, distributing, providing, promoting, advertising, marketing, offering for sale, or selling, or authorizing any third party to manufacture, distribute, provide, promote, advertise, market, offer for sale, or sell any goods or services bearing or incorporating any Yourlink brand name, trademark, or trade dress, or any other brand name, trademark, or trade dress that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of any Yourlink brand name, trademark, or trade dress;

(2) engaging in any conduct, activity, or behavior that infringes Yourlink's rights in its brand names, trademarks, or trade dress;

(3) engaging in any conduct, activity, or behavior constituting unfair competition with Yourlink;

(4) engaging in any conduct, activity, or behavior that is calculated to or is likely to dilute the distinctiveness of Yourlink's brand names, trademarks, or trade dress;

(5) making or displaying any statement, representation, or depiction that is calculate to or is likely to lead the public to believe that (a) Orbizorb's goods are in any way approved, endorsed, licensed, sponsored, or authorized by, or are associated, affiliated, or otherwise connected with Yourlink; or (b) Yourlink's goods are in any way approved, endorsed, licensed, sponsored, or authorized by, or are associated, affiliated, or otherwise connected with Orbizorb;

32

(6)     using or authorizing any third party to use in connection with any business(es), good(s), and/or service(s) any false description, false representation, or false designation of origin, or any mark(s), name(s), word(s), symbol(s), icon(s), device(s), or trade dress that falsely associate such business(es), good(s), and/or service(s) with Yourlink, or tend to do so;

(7)     registering or applying for registration for any trademark, service mark, domain name, trade name, or any other source identifier or symbol of origin consisting of or incorporating any Yourlink mark or name, or that infringes any Yourlink mark, name, or trade dress, or is likely to be confused with any Yourlink mark, name, or trade dress or with any goods or services of Yourlink, or is calculated to or likely to lead, confuse, or deceive the public as to whether Yourlink is the source of such goods or services; and

(8)     aiding, assisting, or abetting any other person in doing any act prohibited by subparagraphs (1) through (7), above;

C.     Directing Orbizorb, pursuant to Section 34(a) of the Lanham Act, 15 U.S.C. § 1116(a), to file with the Court within thirty (30) days after entry of an injunction in this action a report in writing and under oath setting forth in detail the manner and form of Orbizorb's compliance with that injunction;

D.     Granting all such other and further relief as the Court may deem proper and warranted to prevent the public from being confused, misled, or deceived that any goods manufactured, distributed, provided, promoted, advertised, marketed, offered for sale, or sold by Orbizorb are in any way approved, endorsed, licensed,

33

authorized, or sponsored by, or are associated, affiliated, or otherwise connected with Yourlink or with Yourlink's goods and services;

E.     Directing Orbizorb to immediately cease all manufacture, display, distribution, promotion, marketing, advertising, offer for sale, sale, or use of all goods, packages, labels, signs, wrappers, boxes, containers, receptacles, displays, marketing materials, promotional materials, advertising and related materials, including but not limited to social media, websites, and presentations, that incorporate, include, or bear any Yourlink mark, name, or trade dress, or any other mark, name, or trade dress that is a counterfeit, copy, confusingly similar variation, or colorable imitation of any Yourlink mark, name, or trade dress, and to direct all distributors, resellers, wholesalers, retailers, and other persons wherever located in the United States that distribute, advertise, promote, offer for sale, and/or sell any of Orbizorb's goods and services to cease immediately the display, distribution, promotion, marketing, advertising, offer for sale, and sale of any and all goods, services, packages, labels, signs, wrappers, boxes, containers, receptacles, displays, marketing materials, promotional materials, advertising and related materials, including but not limited to social media, websites, and presentations, that incorporate, include, or bear any Yourlink mark, name, or trade dress, or any other mark, name, or trade dress that is a counterfeit, copy, confusingly similar variation, or colorable imitation of any Yourlink mark, name, or trade dress, and to immediately remove them from public access or view;

F.     Directing that Orbizorb shall immediately recall and destroy all goods, packages, labels, signs, wrappers, boxes, containers, displays, marketing materials,

34

promotional materials, advertising and related materials incorporating, including, or bearing any and all infringing Yourlink marks or trade dress, or any other mark or trade dress that is a counterfeit, copy, confusingly similar variation, or colorable imitation of any and all Yourlink marks or trade dress;

G.      Directing Orbizorb, any parent, subsidiary, or affiliate of Orbizorb, and any person or entity in active concert and/or participation with Orbizorb to formally abandon with prejudice any and all applications for registration of any mark that is a counterfeit, copy, confusingly similar variation, or colorable imitation of any name or mark currently in use or previously used by Yourlink, including but not limited to Orbizorb's pending application for registration for "TOUGH.ABSORBENT.UNIQUE.," Appl. Ser. No. 97598014;

H.      Directing Orbizorb, any parent, subsidiary, or affiliate of Orbizorb, and any person or entity in active concert and/or participation with Orbizorb to formally cancel with prejudice any and all registrations of any mark that is a counterfeit, copy, confusingly similar variation, or colorable imitation of any name or mark currently in use or previously used by Yourlink;

I.      Awarding Yourlink an amount up to three times the amount of its actual damages in this case pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a);

J,      Directing that Orbizorb account for and pay to Yourlink all profits realized by its wrongful acts in accordance with Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a);

K.  Declaring that this is an exceptional case pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a), and awarding to Yourlink its costs and reasonable attorneys' fees incurred in this action;

L.  Awarding Yourlink its damages incurred as a result of Orbizorb's breach of the parties' Trading Agreement;

M.  Awarding Yourlink all such other and further relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff Yourlink Limited hereby demands that this matter be tried to a jury.

Respectfully submitted,

Dated: November 22, 2022

  /s/ *Joseph J. Jacobi*
Joseph J. Jacobi
HANSEN REYNOLDS LLC
150 South Wacker Drive, 24th Floor
Chicago, Illinois 60606
(312) 818-5696
jjacobi@hansenreynolds.com

*Attorneys for Yourlink Limited*

36