UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| **YOURLINK LIMITED**, <br><br> Plaintiff, <br><br> v. <br><br> **ORBIZORB LLC**, <br><br> Defendant. | Civil Action No. 2:22-cv-01391-LA <br><br> Hon. Lynn Adelman |

## JOINT STIPULATION OF DISMISSAL

WHEREAS, the parties have reached a settlement of their disputes;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

Pursuant to Rule 41(a)(1)(A)(ii), this action, including all complaints and counterclaims, may and shall be dismissed with prejudice, without further notice or opportunity for a hearing, and without award of costs, fees, or expenses to any party.

| | |
|---|---|
| Dated this 20th day of April 2023. | Dated this 20th day of April 2023. |
| HANSEN REYNOLDS LLC | POLLARD GENERAL COUNSEL, LLC |
| /s/ *Joseph J. Jacobi* <br> Joseph J. Jacobi <br> 150 South Wacker Dr., 24th Floor <br> Chicago, Illinois 60606 <br> Telephone: (312) 265-2252 <br> Email: jjacobi@hansenreynolds.com | /s/ *Kevin C. Pollard* <br> Kevin C. Pollard, SBN 1074929 <br> W178 N9912 Rivercrest Dr., Suite 102 <br> Germantown, Wisconsin 53022 <br> Telephone: (262) 933-0244 <br> Email: kpollard@pollardgeneralcounsel.com |
| *Counsel for Plaintiff* <br> *Yourlink Limited* | *Counsel for Defendant* <br> *Orbizorb LLC* |